# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: WARREN, KATHLEEN | § | Case No. 10-70906 |
| | § | |
| WARREN, KATE | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $117,818.08<br>*(without deducting any secured claims)* | Assets Exempt: $79,123.00 |
| Total Distribution to Claimants:$8,403.62 | Claims Discharged<br>Without Payment: $244,699.61 |
| Total Expenses of Administration:$18,898.51 | |

3) Total gross receipts of $ 27,302.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $27,302.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $322,724.00 | $76,873.25 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,898.51 | 18,898.51 | 18,898.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 67,812.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 176,257.54 | 43,093.49 | 24,481.08 | 8,403.62 |
| **TOTAL DISBURSEMENTS** | $566,793.54 | $138,865.25 | $43,379.59 | $27,302.13 |

4)  This case was originally filed under Chapter 7 on February 26, 2010. The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2013_____    By: _/s/BERNARD J. NATALE_____
                                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Late Husband's Int in 75 Acres Malone NY | 1110-000 | 20,564.41 |
| Household Goods & Furnishings | 1129-000 | 750.00 |
| Cash Surrender Value Aviva Life Ins | 1129-000 | 4,622.21 |
| 2009 Income Tax Refunds | 1124-000 | 1,364.08 |
| Interest Income | 1270-000 | 1.43 |
| **TOTAL GROSS RECEIPTS** | | **$27,302.13** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Oxford Bank & Trust | 4110-000 | N/A | 55,340.29 | 0.00 | 0.00 |
| 4 | Chase Auto Finance | 4110-000 | N/A | 21,532.96 | 0.00 | 0.00 |
| NOTFILED | American Honda Finance Corporation | 4110-000 | 19,872.00 | N/A | N/A | 0.00 |
| NOTFILED | M and I Bank | 4110-000 | 73,583.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Global Bank | 4110-000 | 32,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar | 4110-000 | 197,269.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$322,724.00** | **$76,873.25** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 55.31 | 55.31 | 55.31 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 7,087.50 | 7,087.50 | 7,087.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 12.24 | 12.24 | 12.24 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,480.21 | 3,480.21 | 3,480.21 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 6.37 | 6.37 | 6.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 12.91 | 12.91 | 12.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| City of Belvidere | 2500-000 | N/A | 14.00 | 14.00 | 14.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Walsh & Edwards | 3210-600 | N/A | 750.00 | 750.00 | 750.00 |
| Franklin County Clerk | 2500-000 | N/A | 826.00 | 826.00 | 826.00 |
| Franklin County Clerk | 2820-000 | N/A | 3,848.33 | 3,848.33 | 3,848.33 |
| Malone CSD Tax Collector | 2820-000 | N/A | 583.04 | 583.04 | 583.04 |
| Franklin County Treasurer | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| Centennial Abstract | 2500-000 | N/A | 372.60 | 372.60 | 372.60 |
| NY Living Realty | 3510-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,898.51 | $18,898.51 | $18,898.51 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Indiana IRS | 5200-000 | 67,812.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $67,812.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | 15,447.39 | 17,678.49 | 17,678.49 | 6,068.50 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,049.70 | 3,049.70 | 1,046.87 |
| 3U | Oxford Bank & Trust | 7100-000 | N/A | 10,027.33 | 0.00 | 0.00 |
| 5 | Oxford Bank & Trust | 7100-000 | N/A | 3,752.89 | 3,752.89 | 1,288.25 |
| 6 | Oxford Bank & Trust | 7100-000 | N/A | 4,292.54 | 0.00 | 0.00 |
| 7 | Oxford Bank & Trust | 7100-000 | N/A | 4,292.54 | 0.00 | 0.00 |
| NOTFILED | Menards Retail Services | 7100-000 | 4,014.08 | N/A | N/A | 0.00 |
| NOTFILED | Methodist Northlake Physicians | 7100-000 | 5,459.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Med Srvs PC | 7100-000 | 601.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Title Loans | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | East Chicago Water Department | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | National Pen Company | 7100-000 | 332.80 | N/A | N/A | 0.00 |
| NOTFILED | Economy Interiors | 7100-000 | 407.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 12,839.20 | N/A | N/A | 0.00 |

| NOTFILED | PLS | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | US Cellular | 7100-000 | 779.40 | N/A | N/A | 0.00 |
| NOTFILED | Servpro of Western Lake County | 7100-000 | 702.05 | N/A | N/A | 0.00 |
| NOTFILED | T-Mobile Bankruptcy Team | 7100-000 | 749.00 | N/A | N/A | 0.00 |
| NOTFILED | Directv | 7100-000 | 217.29 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | NIPSCO | 7100-000 | 2,186.72 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club GE Capital Financial | 7100-000 | 13,334.67 | N/A | N/A | 0.00 |
| NOTFILED | SBC | 7100-000 | 177.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 610.10 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 22,455.25 | N/A | N/A | 0.00 |
| NOTFILED | Allied Waste Services | 7100-000 | 62.08 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 7100-000 | 336.00 | N/A | N/A | 0.00 |
| NOTFILED | Amazon.com Cardmember Services | 7100-000 | 15,660.15 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 19,120.16 | N/A | N/A | 0.00 |
| NOTFILED | America's Financial Choice | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 5,655.63 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 970.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Financial Bank | 7100-000 | 707.65 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 14,211.76 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 7,858.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 727.09 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 26,234.98 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 2.09 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $176,257.54 | $43,093.49 | $24,481.08 | $8,403.62 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-70906 | **Trustee:** (330370) BERNARD J. NATALE |
| **Case Name:** WARREN, KATHLEEN | **Filed (f) or Converted (c):** 02/26/10 (f) |
| | **§341(a) Meeting Date:** 04/08/10 |
| **Period Ending:** 02/20/13 | **Claims Bar Date:** 07/22/10 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 409 Club Circle Belvidere IL 04 Schultz Mfg Home | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Late Husband's Int in 75 Acres Malone NY | 30,000.00 | 30,000.00 | | 20,564.41 | FA |
| 3 | Vacant Lot Tahitian Village Bastrop TX | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Acct. #XXXXX0189 Nat'l City Bank | 320.81 | 0.00 | DA | 0.00 | FA |
| 5 | Life Ins Proceeds - Alpine Bank | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings Acct#XXXXX0764 Nat'l City Bank | 124.27 | 0.00 | DA | 0.00 | FA |
| 7 | Savings Acct - Alpine Bank | 225.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household Goods & Furnishings | 900.00 | 900.00 | | 750.00 | FA |
| 9 | Miscellaneous Books and Pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Camera | 25.00 | 0.00 | DA | 0.00 | FA |
| 12 | Cash Surrender Value Aviva Life Ins | 6,341.26 | 2,951.11 | | 4,622.21 | FA |
| 13 | IRA - Investors Insurance Corporation | 71,423.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2009 Income Tax Refunds | 4,694.00 | 1,364.08 | | 1,364.08 | FA |
| 15 | 2010 Honda Insight | 20,000.00 | 0.00 | | 0.00 | FA |
| 16 | Mary Kay Products | 2,000.00 | 400.00 | | 0.00 | FA |
| 17 | 2 Dogs | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.43 | FA |
| 18 | **Assets Totals** (Excluding unknown values) | **$181,753.34** | **$35,615.19** | | **$27,302.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE CLEARING TITLE OBJECTIONS TO PROPERTY IN UPSTATE NY DEBTOR INHERITED FROM HUSBAND. TRUSTEE HAS LISTED PROEPRTY FOR SALE. TRUSTEE RECEIVED OFFER TO SELL. MOTION TO APPROVE SALE TO BE FILED. TITLE OBJECTIONS REMAIN A PROBLEM. NY SPECIAL COUNSEL ADVISING. MAY REQUIRE ANCILLARY PROBATE PROCEEDINGS.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-70906 | Trustee:        (330370)    BERNARD J. NATALE |
| Case Name:    WARREN, KATHLEEN | Filed (f) or Converted (c): 02/26/10 (f) |
| | §341(a) Meeting Date:    04/08/10 |
| Period Ending: 02/20/13 | Claims Bar Date:    07/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    December 31, 2012          Current Projected Date Of Final Report (TFR):    October 11, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-70906 |
| **Case Name:** | WARREN, KATHLEEN |
| **Taxpayer ID #:** | **-***4435 |
| **Period Ending:** | 02/20/13 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******91-65 - Checking Account |
| **Blanket Bond:** | $606,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/10 | | Kathleen Warren | Partial Pymt of Compromise | | 2,114.08 | | 2,114.08 |
| | {14} | | | 1124-000 | 1,364.08 | | 2,114.08 |
| | {8} | | | 1129-000 | 750.00 | | 2,114.08 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 2,114.13 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 2,114.25 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 2,114.38 |
| 08/10/10 | {12} | Aviva Life & Annuity Company | | 1129-000 | 4,622.21 | | 6,736.59 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 6,736.90 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,736.94 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,736.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,737.02 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,737.07 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,737.12 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,737.17 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,737.22 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,737.27 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,737.32 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-70906, BOND #016018067 | 2300-000 | | 6.37 | 6,730.95 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,731.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,731.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.91 | 6,718.14 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,718.19 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,693.19 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,693.24 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,668.24 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,668.29 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,643.29 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,643.34 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,618.34 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,618.39 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,593.39 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,593.44 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,568.44 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,543.44 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,518.44 |
| | | | Subtotals : | | $6,737.72 | $219.28 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-70906 |
| Case Name: | WARREN, KATHLEEN |
| | |
| Taxpayer ID #: | **-***4435 |
| Period Ending: | 02/20/13 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******91-65 - Checking Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,493.44 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,468.44 |
| 06/04/12 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #10-70906, #016018067 | | 2300-000 | | 12.24 | 6,456.20 |
| 06/28/12 | 1003 | City of Belvidere | Copy of Certified Death Certificate for Property Transfer | | 2500-000 | | 14.00 | 6,442.20 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,417.20 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,392.20 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,367.20 |
| 09/25/12 | | Richard H. Edwards | Net Proceeds on Property in Malone NY | | | 12,684.44 | | 19,051.64 |
| | {2} | | Sale of Property in Malone NY | 20,564.41 | 1110-000 | | | 19,051.64 |
| | | Walsh & Edwards | Legal Fees | -750.00 | 3210-600 | | | 19,051.64 |
| | | Franklin County Clerk | Recording Fees, Death Cert Records, Etc | -826.00 | 2500-000 | | | 19,051.64 |
| | | Franklin County Clerk | Current & Back Taxes | -3,848.33 | 2820-000 | | | 19,051.64 |
| | | Malone CSD Tax Collector | Malone CSD 2012/13 School Taxes | -583.04 | 2820-000 | | | 19,051.64 |
| | | Franklin County Treasurer | County Legal Fees | -300.00 | 2500-000 | | | 19,051.64 |
| | | Centennial Abstract | Abstract Fees | -372.60 | 2500-000 | | | 19,051.64 |
| | | NY Living Realty | Realtor Commission | -1,200.00 | 3510-000 | | | 19,051.64 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 19,026.64 |
| 11/15/12 | 1004 | BERNARD J. NATALE | Dividend paid 100.00% on $3,480.21, Trustee Compensation;  Reference: | | 2100-000 | | 3,480.21 | 15,546.43 |
| 11/15/12 | 1005 | American Infosource Lp As Agent for | Distribution paid  34.32% on $17,678.49; Claim# 1; Filed: $17,678.49; Reference: 4436 Voided on 11/15/12 | | 7100-003 | | 6,068.50 | 9,477.93 |
| 11/15/12 | 1005 | American Infosource Lp As Agent for | Distribution paid  34.32% on $17,678.49; Claim# 1; Filed: $17,678.49; Reference: 4436 Voided: check issued on 11/15/12 | | 7100-003 | | -6,068.50 | 15,546.43 |
| 11/15/12 | 1006 | Chase Bank USA, N.A. | Distribution paid  34.32% on $3,049.70; Claim# 2; Filed: $3,049.70; Reference: 9711 Voided on 11/15/12 | | 7100-003 | | 1,046.87 | 14,499.56 |
| 11/15/12 | 1006 | Chase Bank USA, N.A. | Distribution paid  34.32% on $3,049.70; Claim# 2; Filed: $3,049.70; Reference: 9711 Voided: check issued on 11/15/12 | | 7100-003 | | -1,046.87 | 15,546.43 |
| 11/15/12 | 1007 | Oxford Bank & Trust | Distribution paid  34.32% on $3,752.89; Claim# | | 7100-003 | | 1,288.25 | 14,258.18 |

| | Subtotals : | $12,684.44 | $4,944.70 |
|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-70906 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | WARREN, KATHLEEN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-*****91-65 - Checking Account |
| Taxpayer ID #: | **-***4435 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 02/20/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 5; Filed: $3,752.89; Reference: 9644<br>Voided on 11/15/12 | | | | |
| 11/15/12 | 1007 | Oxford Bank & Trust | Distribution paid 34.32% on $3,752.89; Claim#<br>5; Filed: $3,752.89; Reference: 9644<br>Voided: check issued on 11/15/12 | 7100-003 | | -1,288.25 | 15,546.43 |
| 11/15/12 | 1008 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 7,142.81 | 8,403.62 |
| | | | Dividend paid 100.00%        7,087.50<br>on $7,087.50;  Claim#<br>ATTY; Filed: $7,087.50 | 3110-000 | | | 8,403.62 |
| | | | Dividend paid 100.00%          55.31<br>on $55.31;  Claim# EXP;<br>Filed: $55.31 | 3120-000 | | | 8,403.62 |
| 11/15/12 | 1009 | Chase Bank USA, N.A. | Distribution paid 34.32% on $3,049./70, Claim<br>#2, Filed $3,049.70, Ref # 9711 | 7100-000 | | 1,046.87 | 7,356.75 |
| 11/15/12 | 1010 | Oxford Bank & Trust | Distribution paid 34.32% on $3,752.89, Claim<br>#5, Filed $3,752.89, Ref # 9644 | 7100-000 | | 1,288.25 | 6,068.50 |
| 11/15/12 | 1011 | American Infosource Lp As Agent for | Distribution paid 34.32% on $17,678.49, Claim<br>#1 Filed $17,678.49, Ref # 4436 | 7100-000 | | 6,068.50 | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 19,422.16 | 19,422.16 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 19,422.16 | 19,422.16 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $19,422.16 | $19,422.16 | |

| | |
|---|---|
| Net Receipts : | 19,422.16 |
| Plus Gross Adjustments : | 7,879.97 |
| Net Estate : | $27,302.13 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # 9200-*****91-65 | 19,422.16 | 19,422.16 | 0.00 |
| | $19,422.16 | $19,422.16 | $0.00 |